P.O. Box 278
Slatersville, RI 02876
Tel: (401) 762-3800
Fax: (401) 767-4407

**Narragansett imaging**

# QUOTATION

**Reference Number:** 5082 **Date:** November 22, 2005

| | | | |
|---|---|---|---|
| **Company:** | Identification International Inc. | **Ref Number:** | |
| **Address:** | 1872 Pratt Drive, Suite 1800<br>Blacksburg, VA 24060 | **Specification Number:** | |
| **ATTN:** | Rick Fenrich | **Payment Terms:** | Net 30 |
| **CC:** | | **Quote Expiration Date:** | December 22, 2005 |
| **Tel:** | (540) 953-3343 | **FOB Point:** | North Smithfield, RI |
| **Fax:** | (540) 953-3344 | **Lead Time:** | See below |
| **E-mail:** | fenrich@idintl.com | **Terms & Conditions:** | See Attached |

*In reply to your inquiry, we are pleased to offer the following quotation. Please note that this is a non-binding quotation. All sales are subject to the Standard Terms and Conditions of Narragansett Imaging as in effect from time to time.*

| Item # | Part # | Description | Quantity | Unit Price |
|---|---|---|---|---|
| 001 | CMM-6600-USB | 6.6MP CMOS-USB Board Level Camera | 2,000 | $ 792 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Comments:**

A fee of $500/camera will be levied on the first 150 cameras sold to Identification International in lieu of the NRE payment originally proposed by Narragansett Imaging in January 2005. This fee is NOT included in the price above

In order to achieve the 2,000 piece price all units must be delivered in no more than two years from the shipment of the first cameras delivered under this order. Of these 2,000 pieces a minimum of 700 must be shipped within 12 months, and a minimum of 1,350 must be shipped within 18 months of the first shipment.

After the first shipment of 40 pieces (expected to be made in December 2005). A minimum shipment quantity of 100 pieces is required.

Any volume order should contain a shipping schedule. This schedule can be changed at any time up to 60 days before shipment date by giving notice in writing to Narragansett Imaging. Any changes made to this schedule are subject to the volume requirements above.

In the event that the volumes are above are not shipped, Narragansett Imaging will bill-back Identification International the difference between the 2,000 piece price and the prices in the table below:

| Quantity Shipped | < 100 | 100 – 499 | 500 – 999 | 1000 – 1999 |
|---|---|---|---|---|
| Unit Cost | $2,160 | $1,840 | $1,277 | $1,064 |

Keith Dowling
Director of Sales and Marketing
(401) 767-4473