11/28/2005 15:44 FAX 5409533344 EXEGETICS INCORPORATED 003

Identification International Inc.

# Purchase Order

Purchase Order No.
1032 Blanket

Date Issued
11/28/05

To:
Narragansett Imaging
P.O. Box 278
Slatersville, RI 02876-0278
USA

Ship To:
Identification International, Inc
1872 Pratt Drive
Suite 1800
Blacksburg, VA 24060
USA

| Good Thru | Ship Via | Account No. | Terms |
|---|---|---|---|
| 12/28/05 | Best Way | | Net 30 Days |

| Quantity | Item | Description | Unit Cost | Extension |
|---|---|---|---|---|
| 120.00 | HA-001 | Part CMM-6600-USB - 6.6MP CMOS-USB Board Level Camera (price includes $500 per camera fee in lieu of the NRE payment) | 1,292.00 | 155,040.00 |
| 1,880.00 | HA-001 | Part CMM-6600-USB - 6.6MP CMOS-USB Board Level Camera Reference Quote 5082 Above items to be shipped over a time period of the next 2 years at an agreeable rate between i3 and Narragansett Imaging | 792.00 | 1488,960.00 |
| | | | **TOTAL** | $1,644,000.00 |

Authorized Signature [signature]