P.O. Box 278
Slatersville, RI 02876
Tel: (401) 762-3800
Fax:(401) 767-4407

**Narragansett** imaging

# ORDER ACKNOWLEDGEMENT

**Order Acknowledgement Number:** OA5056 **Date:** 11-30-05

| | | | |
|---|---|---|---|
| **Company:** | Identification International Inc. | **Customer PO Number:** | 1032 Blanket |
| **Address:** | 1872 Pratt Drive, Suite 1800<br>Blacksburg, VA 24060 | **Shipping Address** | 1872 Pratt Drive, Suite 1800<br>Blacksburg, VA 24060 |
| **ATTN:** | Chrissy Ganoe | **Shipping Date:** | See below |
| **CC:** | Rick Fenrich | **Payment Terms:** | Net 30 |
| **Tel:** | (540) 953-3343 | **FOB Point:** | North Smithfield, RI |
| **Fax:** | (540) 953-3344 | | |
| **E-mail:** | cganoe@idintl.com | **Terms & Conditions:** | See Attached |

*Thank you for recent purchase order submitted to Narragansett Imaging. This document is to confirm receipt of your order and to confirm the expected shipping date. All sales are subject to the Standard Terms and Conditions of Narragansett Imaging as in effect from time to time.*

| Item # | Part # | Description | Quantity | Unit Price |
|---|---|---|---|---|
| 001 | CMM-6600-USB | 6.6MP CMOS-USB Board Level Camera (Price includes a $500/camera fee in lieu of NRE payment) | 120 | $ 1,292 |
| | | | | |
| 002 | CMM-6600-USB | 6.6MP CMOS-USB Board Level Camera | 1880 | $ 792 |
| | | | | |

**Comments:**

In order to achieve the 2,000 piece price all units must be delivered in no more than two years from the shipment of the first cameras delivered under this order. Of these 2,000 pieces a minimum of 700 must be shipped within 12 months, and a minimum of 1,350 must be shipped within 18 months of the first shipment.

In the event that the volumes are above are not shipped, Narragansett Imaging will bill-back Identification International the difference between the 2,000 piece price and the prices in the table below:

| Quantity Shipped | < 100 | 100 – 499 | 500 – 999 | 1000 – 1999 |
|---|---|---|---|---|
| Unit Cost | $2,160 | $1,840 | $1,277 | $1,064 |

After the first shipment of 40 pieces (expected to be made in December 2005). A minimum shipment quantity of 100 pieces is required.

Cont…

**Keith Dowling**
**Technical Sales Manager**
**(401) 767-4473**

P.O. Box 278
Slatersville, RI 02876
Tel: (401) 762-3800
Fax:(401) 767-4407

Narragansett imaging

# ORDER ACKNOWLEDGEMENT

**Provisional Shipping Schedule:**

| Date | Number of Units | Cumulative Total |
|---|---|---|
| 12-16-05- | 40 | 40 |
| 01-20-06 | 100 | 140 |
| 03-01-06 | 100 | 240 |
| 05-31-06 | 100 | 340 |
| 07-31-06 | 100 | 440 |
| 09-29-06 | 100 | 540 |
| 11-30-06 | 160 | 700 |
| 01-31-07- | 200 | 900 |
| 03-30-07 | 200 | 1100 |
| 05-31-07 | 250 | 1350 |
| 07-31-07 | 200 | 1530 |
| 09-28-07 | 200 | 1750 |
| 11-30-07 | 250 | 2000 |

Any volume order should contain a shipping schedule. This schedule can be changed at any time up to 60 days before shipment date by giving notice in writing to Narragansett Imaging. Any changes made to this schedule are subject to the volume requirements above.

**Keith Dowling**
**Technical Sales Manager**
**(401) 767-4473**

# Narragansett Imaging
# STANDARD TERMS AND CONDITIONS OF SALE
(effective February 1, 2003)

Terms and Conditions of Sale and License (the "Agreement") constitute the entire agreement between FAE-BC Enterprises LLC., (DBA Narragansett Imaging) ("Narragansett") and you ("Customer"). Narragansett Imaging will not be bound by any terms of Customer's quotation, purchase order or order terms. No form of acceptance except Narragansett's written acknowledgment sent to Customer, or Narragansett's commencement of performance shall constitute valid acceptance of Customer's order. Any acceptance is expressly conditioned on assent to terms of this Agreement and exclusion of all other terms. Customer shall be deemed to have assented to terms of this Agreement, whether or not previously received, upon accepting delivery of products (as defined below) shipped by Narragansett. If tender of these terms is deemed an offer, acceptance is expressly limited to terms of this Agreement.

1. PRODUCTS: "Products" shall mean any products identified on Narragansett's proposals, quotations, or current standard products. Alterations to Products which Narragansett deems necessary to (i) comply with specifications, safety standards or governmental regulations, (ii) make Products non-infringing with respect to any intellectual property or other proprietary interest, or (iii) otherwise improve Products may be made at any time by Narragansett without prior notice to or consent of Customer, and such products shall be deemed fully conforming Products.

2. ORDERS: Customer shall purchase Products by issuing written purchase orders signed by an authorized representative indicating specific Products, quantity, price, total purchase price, shipping instructions, requested delivery dates, bill-to and ship-to addresses, tax exempt certifications, if applicable, and any other special instructions. Any contingencies or additional terms contained on such orders are not binding upon Narragansett. All orders are subject to acceptance by Narragansett.

3. PRICES: All prices are (a) firm for thirty (30) days from the date of quotation, (b) FOB Narragansett factory and (c) exclusive of taxes, handling and all other charges which are the responsibility of Customer. All sales are final.

4. TERMS OF PAYMENT: Upon credit approval by Narragansett, payment terms shall be net thirty (30) days from the date of shipment. Narragansett reserves the right, in its sole discretion, to require alternative payment terms including a letter of credit or payment in advance. If at any time Customer is delinquent in payment of any invoice or otherwise in breach of this Agreement, Narragansett may, at its sole discretion, withhold shipments (including partial shipments) of any order or require Customer to pre-pay for further shipments. All payments not received when due shall be subject to an additional charge of one and one half percent (1.5%) per month of the unpaid amount or the maximum rate permitted by law, whichever is less, until the date of payment. Customer has no set-off rights. Customer grants Narragansett a security interest in Products purchased under this Agreement to secure payment for those Products purchased and agrees to execute any financing statements requested by Narragansett to perfect its security interest.

5. SHIPPING: Shipping dates are approximate and the failure to ship on such dates shall not be considered a breach by Narragansett. Delivery shall be deemed made upon transfer of possession to the carrier at the FOB point. All claims for shortage of Products delivered or for incorrect charges must be presented to Narragansett within ten (10) days after receipt of the particular shipment of Products or orders shall be deemed fully complete. Unless given written instruction, Narragansett shall select an independent carrier on behalf of Customer.

6. CANCELLATION: Customer may not cancel, terminate, suspend performance of, or issue a hold on any Customer order, in whole or in part, without the prior written consent of Narragansett.

7. LIMITED PRODUCT WARRANTY: Notwithstanding any provisions to the contrary, Narragansett's sole and exclusive obligations are to Customer only. At Narragansett's sole election, Customer's remedy for defective Products is (i) repair or replacement for Products which have been returned to Narragansett under the RMA procedure (defined below) and which, in the reasonable opinion of Narragansett, are determined to be defective in workmanship, material or not in compliance with the applicable product specifications and have failed under normal use on or before twelve (12) months from the date of original shipment, or (ii) issue a credit note for any defective Products as an alternative to repair or replacement. This warranty does not cover Products which are experimental, prototypes, used in field trials, damaged, disassembled, modified, misused, used in applications which exceed specifications or ratings, neglected, improperly installed or otherwise used in hazardous activities.

8. SOFTWARE LICENSE AND WARRANTY: For software developed by Narragansett and contained in Products and all related documentation (collectively "Software"), Narragansett grants Customer a non-exclusive license to use Software only with operation of a single Product. Such license is transferable only with the transfer of ownership of Products in which it is used. Customer shall not manufacture, modify, reproduce, copy, reverse engineer, decompile, disassemble or create derivative works of Software. Narragansett warrants that Software, under normal use and service as originally delivered to Customer, will function substantially in accordance with the functional description set out in Products specifications for a period of ninety (90) days from the date of shipment. Narragansett's sole liability and Customer's sole remedy for breach of this Software warranty shall be, at Narragansett's election, Narragansett's good faith effort to (i) rectify the nonconformity, or (ii) accept return of Products containing the non-conforming Software and refund the amount paid by Customer for said returned Products as its sole remedy. This warranty does not apply if Software failure is a result of accident, misuse, abuse, misapplication or modification. Software is provided to the United States Government with RESTRICTED RIGHTS and any supporting documentation is provided with LIMITED RIGHTS.

9. INTELLECTUAL PROPERTY INDEMNIFICATION: Narragansett will defend and hold Customer harmless against any claims, legal actions, and other expenses in connection with any claims that Products or Software infringes or violates intellectual property right of any third party claim, on the condition that Customer notifies Narragansett promptly of the claim and gives Narragansett sole control of the defense and negotiations for its settlement or compromise. If Customer is, or may become, prohibited from use of Products or Software by reason of an actual or anticipated claim, Narragansett will use its reasonable efforts to (a) obtain for Customer the right to use Products or Software, (b) replace or modify Software so that it is no longer subject to a claim but performs the same functions in an equivalent manner, or (c) refund to Customer the amount paid in respect to Products or Software (determined by depreciating the fee paid on a straight-line basis over three years). Narragansett will have no liability for claims based on any use or modification of Products or Software. THIS SECTION STATES THE ENTIRE RESPONSIBILITY OF NARRAGANSETT CONCERNING INTELLECTUAL PROPERTY CLAIMS AND WILL SURVIVE TERMINATION OF THIS AGREEMENT.

10. LIMITATION OF LIABILITY: EXCEPT FOR THE WARRANTIES STATED IN SECTIONS 7 AND 8, NO WARRANTY, CONDITION OR REPRESENTATION, EXPRESS, IMPLIED, ORAL OR STATUTORY, IS PROVIDED TO CUSTOMER OR ANY THIRD PARTY INCLUDING, WITHOUT LIMITATION, ANY WARRANTY, CONDITION OR REPRESENTATION: (A) OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, SATISFACTORY QUALITY, OR ARISING FROM A COURSE OF DEALING, USAGE, OR TRADE PRACTICE; (B) THAT, EXCEPT AS PROVIDED IN SECTION 9, PRODUCTS OR SOFTWARE WILL BE FREE FROM INFRINGEMENT OR VIOLATION OF ANY RIGHTS, INCLUDING INTELLECTUAL PROPERTY RIGHTS, OF THIRD PARTIES; OR (C) THAT OPERATION OF SOFTWARE WILL BE UNINTERRUPTED OR ERROR FREE. THIS DISCLAIMER AND EXCLUSION SHALL APPLY EVEN IF THE EXPRESS WARRANTIES FAIL THEIR ESSENTIAL PURPOSE. CUSTOMER'S SOLE AND EXCLUSIVE REMEDIES AND THE ONLY LIABILITY OF NARRAGANSETT IS EXPRESSLY LIMITED TO TERMS OF THIS AGREEMENT. NARRAGANSETT SHALL NOT BE LIABLE TO CUSTOMER OR ANY THIRD PARTY FOR SPECIAL, CONSEQUENTIAL, INCIDENTAL, EXEMPLARY OR INDIRECT COSTS OR DAMAGES, INCLUDING WITHOUT LIMITATION, LOSS OF DATA, PRODUCTION OR PROFIT ARISING FROM ANY CAUSE WHATSOEVER, REGARDLESS OF THE FORM OF ACTION, WHETHER IN CONTRACT, TORT (INCLUDING NEGLIGENCE), STRICT LIABILITY OR OTHERWISE, EVEN IF NARRAGANSETT HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH COSTS OR DAMAGES. IN NO EVENT SHALL THE TOTAL CUMULATIVE LIABILITY OF NARRAGANSETT EXCEED THE AMOUNT PAID TO NARRAGANSETT FOR PRODUCTS AND SOFTWARE FROM WHICH SUCH LIABILITY AROSE DURING THE TWELVE (12) MONTH PERIOD PRECEDING THE DATE OF THE MOST RECENT CLAIM.

Because some states do not allow exclusion or limitation of liability for consequential or incidental damages, in such states Narragansett's liability is limited to the full extent permitted by law.

11. RIGHTS IN INTELLECTUAL PROPERTY: All rights, title and interest in and to any inventions, discoveries, improvements, methods, ideas, computer and other apparatus programs, derivatives and related documentation, other works of authorship fixed in any tangible medium of expression, mask works, or other forms of intellectual property, whether or not subject of statutory protection, which are made, created, developed, written, conceived or first reduced to practice by Narragansett solely, jointly or on its behalf, in the course of, arising out of, or as a result of work performed under an order or this Agreement shall belong to and be the sole and exclusive property of Narragansett. Customer shall not to reverse engineer all or any portion of Products or Software nor allow or assist others to do so. Further, Customer shall not to remove, alter, erase, deface or cover over any markings on Products, Software or its packaging.

12. RETURN MATERIAL AUTHORIZATION PROCEDURES: Narragansett will only accept Products and Software returned under the Narragansett Return Material Authorization process ("RMA"). Customer shall obtain an RMA number from Narragansett prior to returning Products, and return Products prepaid and insured to Narragansett to the FOB point. Products which have been returned to Narragansett but found to meet the applicable specification and not defective in workmanship or material shall be subject to Narragansett's standard examination charge in effect at the time, which shall be charged to Customer. Where Products are returned without an itemized statement of claimed defects, Narragansett will not evaluate Products but will return them to Customer at Customer's expense.

13. EXPORT RESTRICTIONS; NUCLEAR TECHNOLOGY AND LIFE SUPPORT SYSTEMS: Customer shall obtain all licenses, permits and approvals required by any government and shall comply with all applicable export laws of the United States and other countries including rules, policies and procedures of the applicable governments and other competent authorities. Customers will indemnify and hold Narragansett harmless for any violation or alleged violation by Customer of such laws, rules, policies or procedures. Customer also certifies that Products, Software nor technical data supplied by Narragansett under this Agreement will be sold or otherwise transferred to or made available for use by or for, any entity that is engaged in the design, development, production or use of nuclear, biological or chemical weapons, missile technology or life support systems. This Section shall survive termination or expiration of the Agreement.

14. GENERAL TERMS:

14.1 The validity, interpretation and performance of this Agreement shall be governed by and construed under the applicable laws of the State of Rhode Island as if performed wholly within the state and without giving effect to the principles of conflict of laws. The parties specifically disclaim the application the United Nations Convention on Contracts for the International Sale of Goods.

14.2 Narragansett shall not be liable for any delay or failure in performance whatsoever due to acts of God, earthquakes, shortage of supplies, transportation difficulties, labor disputes, riots, war, fire, explosion, epidemics, or other occurrences beyond Narragansett's reasonable control or due to unforeseen circumstances.

14.3 A party ("Terminating Party") may, on giving notice to the other party, terminate this Agreement on written notice to the other if the other party fails to remedy a breach of any material obligation under this Agreement within thirty (30) days after receiving notice from the Terminating Party. If the Agreement is terminated, the parties will continue to be liable for any obligations arising from or liabilities accrued or executed prior to termination. In addition to any other remedies, Narragansett may seek injunctive relief in respect of any breach of the Agreement by Customer. Notwithstanding the foregoing, Sections 4, 8, 9, 10, 11, 13 and 14 shall survive the termination of this Agreement.

14.4 Waiver by Narragansett of any provision in this Agreement must be in writing and shall not be deemed to be a waiver of such provision in the future or of any other provision of this Agreement.

14.5 Customer shall hold confidential and shall not use, disclose or permit other to use any confidential information identified as such in writing or orally by Narragansett, or information which Customer knows or ought to reasonably know is confidential, proprietary or trade secret information of Narragansett, including, without limitation, trade secrets embodied in Software or Products.

14.6 Neither this Agreement nor any rights under this Agreement, other than monies due or to become due, shall be assigned or otherwise transferred by Customer (by operation of law or otherwise) without the prior written consent of Narragansett. This Agreement shall bind and inure to the benefit of the successors and permitted assigns of the parties.

14.7 In the event that any terms of this Agreement, apart from payment, become or are declared to be illegal by any court of competent jurisdiction, such terms shall be null and void and shall be deemed deleted from this Agreement. All remaining terms of this Agreement shall remain in full force and effect.

14.8 Neither party has the right or authority to, and shall not, assume or create any obligation of any nature whatsoever on behalf of the other party or bind the other party in any respect whatsoever.

14.9 Narragansett neither assumes nor authorizes any third party, person or entity to assume or accept any liability or obligation, or to make any commitment for Narragansett with regard to Narragansett Products, Software or services.

14.10 This Agreement constitutes the entire agreement between the parties hereto concerning the subject matter of this Agreement, and there are no understandings, agreements, representations, conditions, warranties, or other terms, express or implied, which are not specified herein. This Agreement may only be modified by a written document executed by authorized representatives of Narragansett and Customer.