# INVOICE

Narragansett Imaging

Page: 1

Narragansett Imaging
P.O. Box 278
Slatersville. RI 02876-0278
USA
Phone: 401-762-3800
Fax: 401-767-4493

Invoice No.: INV16049

Date: 10/31/2007

Bill To: cii10000
Identification International
1872 Pratt Drive
Suite 1800
Blacksburg, VA 24060
USA

Ship To: cii10000
Identification International
1872 Pratt Drive
Suite 1800
Blacksburg, VA 24060
USA

| PURCHASE ORDER | PAYMENT TERMS | ACCOUNT NO. | SALES ORDER |
|---|---|---|---|
| 1032 | n30 | cii10000 | SO13393 |

| DATE SHIPPED | VIA | BILL OF LADING | FOB Point: N. Smithfield, RI |
|---|---|---|---|
| 10/31/2007 | FDX St | 799214222886 | 1ctn 35lb |

| PART NUMBER | DESCRIPTION | SHIPPED QTY | UOM | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 12 8001051 | CMM-6600-USB (RoHS) | 200 | EA | 792.00 | 158,400.00 |

Please remit payments to:

Narragansett Imaging
P.O. Box 278
Slatersville, RI 02876-0278
USA

ISO9001:2000 KEMA CERTIFIED

| | |
|---|---|
| Sub Total | 158,400.00 |
| Sales Tax | 0.00 |
| Freight | 45.85 |
| Total Amount Due | 158,445.85 |