# INVOICE

**Narragansett Imaging**

Page: 1

Narragansett Imaging
P.O. Box 278
Slatersville, RI 02876-0278
USA
Phone: 401-762-3800
Fax: 401-767-4493

Invoice No.: INV16088

Date: 11/28/2007

**Bill To:**
cii10000
Identification International
1872 Pratt Drive
Suite 1800
Blacksburg, VA 24060
USA

**Ship To:**
cii10000
Identification International
1872 Pratt Drive
Suite 1800
Blacksburg, VA 24060
USA

| PURCHASE ORDER | PAYMENT TERMS | ACCOUNT NO. | SALES ORDER |
|---|---|---|---|
| 1032 | n30 | cii10000 | SO13393 |

| DATE SHIPPED | VIA | BILL OF LADING | FOB Point: N. Smithfield, RI |
|---|---|---|---|
| 11/28/2007 | FDX St | 7983 1842 8907 | 1 ctn. 7 lbs. |

| PART NUMBER | DESCRIPTION | SHIPPED QTY | UOM | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 13 8001051 | CMM-6600-USB (RoHS) | 25 | EA | 792.00 | 19,800.00 |

**Please remit payments to:**

Narragansett Imaging
P.O. Box 278
Slatersville, RI 02876-0278
USA

ISO9001:2000 KEMA CERTIFIED

| | |
|---|---|
| Sub Total | 19,800.00 |
| Sales Tax | 0.00 |
| Freight | 13.61 |
| Total Amount Due | 19,813.61 |