# INVOICE

**Narragansett Imaging**

Page: 1

Narragansett Imaging
P.O. Box 278
Slatersville, RI 02876-0278
USA
Phone: 401-762-3800
Fax: 401-767-4493

Invoice No.: INV16121

Date: 12/14/2007

Bill To:
cii10000
Identification International
1872 Pratt Drive
Suite 1800
Blacksburg, VA 24060
USA

Ship To:
cii10000
Identification International
1872 Pratt Drive
Suite 1800
Blacksburg, VA 24060
USA

| PURCHASE ORDER | PAYMENT TERMS | ACCOUNT NO. | SALES ORDER |
|---|---|---|---|
| 1032 | n30 | cii10000 | SO13393 |

| DATE SHIPPED | VIA | BILL OF LADING | FOB Point: N. Smithfield, RI |
|---|---|---|---|
| 12/14/2007 | FDX St | 7988 3083 3901 | 1 ctn. 31 lbs. |

| PART NUMBER | DESCRIPTION | SHIPPED QTY | UOM | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 14 8001051 | CMM-6600-USB (RoHS) | 170 | EA | 792.00 | 134,640.00 |

**Please remit payments to:**

Narragansett Imaging
P.O. Box 278
Slatersville, RI 02876-0278
USA

ISO9001:2000 KEMA CERTIFIED

| | |
|---|---|
| Sub Total | 134,640.00 |
| Sales Tax | 0.00 |
| Freight | 43.17 |
| Total Amount Due | 134,683.17 |