IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NARRAGANSETT IMAGING, LLC | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 08-cv-00092-S-DLM |
| IDENTIFICATION INTERNATIONAL, INC. | : | **JURY TRIAL DEMANDED** |
| Defendant. | : | |

**AFFIDAVIT OF SERVICE**

I, Christine K. Bush, upon oath depose and say as follows:

1. I am one of the attorneys representing, plaintiff, Narragansett Imaging, LLC, in the matter of *Narragansett Imaging, LLC v. Identification International, Inc.*, Case No. 08-00092S.

2. The above-entitled action was commenced on or about March 12, 2008.

3. Subsequent to the commencement of the above-entitled action, the President of defendant, Identification International, Inc., was served with a copy of the summons and complaint by certified mail, return receipt requested, pursuant to Fed.R.Civ.P. 4(h)(1).

4. A copy of the original summons and return receipt green card, evidencing service on March 17, 2008 upon Mr. Richard K. Fenrich, as President of defendant, Identification International, Inc., in compliance with Fed. R.Civ.P. 4(h)(1) is attached hereto as Exhibit 1.

Christine K. Bush

SUBSCRIBED AND SWORN to before me this 20th day of March, 2008.

Notary Public Linda A. Cardente

My Comm. Exp.: 3/30/2010