# EXHIBIT 1

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE District of RHODE ISLAND

NARRAGANSETT IMAGING, INC.

V.

IDENTIFICATION INTERNATIONAL, INC.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 0892S

TO: (Name and address of Defendant)

Identification International, Inc.
c/o Richard K. Fenrich, President
2901 Prosperity Road
Suite E
Blacksburg, VA 24060

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christine K. Bush
Duffy Sweeney & Scott, Ltd
One Turks Head Place
Suite 1200
Providence, RI 02903

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 3/12/08

(By) DEPUTY CLERK

UNITED STATES POSTAL SERVICE

17 MAR 2008PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Christine Bush
Duffy Sweeney & Scott
1 Turks Head Place
Suite 1200
Providence, RI 02903

Re: Narr. Imaging

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Richard Fenrich
Identification Int'l
2901 Prosperity Rd.
Suite E
Blacksburg, VA 24060

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
3/17/08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7003 2260 0006 8574 7085

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540