IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NARRAGANSETT IMAGING, LLC,<br>Plaintiff | ) | |
| v. | ) | C.A. No. 08 92S |
| IDENTIFICATION INTERNATIONAL, INC.,<br>Defendant | ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Warren D. Hutchison and the law firm of LeClairRyan as attorneys for defendant Identification International, Inc.

DEFENDANT
IDENTIFICATION INTERNATIONAL, INC.
By its attorneys,

/s/ Warren D. Hutchison______________________
Warren D. Hutchison, BBO No. 5571
LECLAIRRYAN, *A Professional Corporation*
One International Place, 11th Floor
Boston, MA 02110
(617) 502-8200

Dated: April 4, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 4, 2008.

/s/ Warren D. Hutchison____
Warren D. Hutchison

4214757v1