IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NARRAGANSETT IMAGING, LLC | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 08-cv-00092-S-DLM |
| | : | |
| IDENTIFICATION INTERNATIONAL, INC. | : | **JURY TRIAL DEMANDED** |
| | : | |
| Defendant. | : | |

STIPULATION

Plaintiff, Narragansett Imaging, LLC, and Defendant, Identification International, Inc., by and through their undersigned counsel, hereby stipulate and agree that Defendant shall have up to and including April 28, 2008 within which to answer or otherwise respond to the Complaint.

NARRAGANSETT IMAGING, LLC
By its Attorneys,

/s/Christine K. Bush

Christine K. Bush, Esq. (#5587)
Duffy Sweeney & Scott, Ltd
One Turks Head Place, Suite 1200
Providence, Rhode Island 02903
(401) 455-0700 (phone)
(401) 455-0701 (fax)
cbush@duffysweeney.com

IDENTIFICATION INTERNATIONAL, INC.
By Its Attorneys,

/s/Warren Hutchison

Warren Hutchison, Esq. (#5571)
LECLAIRRYAN
One International Place, Eleventh Floor
Boston, Massachusetts 02110
(617) 502-8210 (phone)
(617) 502-8260 (fax)
warren.hutchison@leclairryan.com

Dated: April 4, 2008

H:\Clients\Narragansett Imaging, LLC (fka FAE-BC Enterprise & BUCE)\Identification International\Pleadings\Stipulation Extending Time.doc