IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NARRAGANSETT IMAGING, LLC,
Plaintiff

v.

IDENTIFICATION INTERNATIONAL, INC.,
Defendant

c.a. No. 08-cv-00092-S-DLM

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties to the above-captioned action hereby agree and stipulate that the above-captioned action be dismissed, with prejudice, without costs, all parties waiving their rights to appeal, and each party to bear its own costs and attorneys' fees.

NARRAGANSETT IMAGING, LLC

By its attorneys,

/s/Christine K. Bush
Christine K. Bush, Esq. (#5587)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, Rhode Island 02903
(401) 455-0700 (phone)
(401) 455-0701 (fax)
cbush@duffysweeney.com

IDENTIFICATION INTERNATIONAL, INC.

By its attorneys,

/s/Warren Hutchison
Warren Hutchison, Esq. (#5571)
LeClairRyan, *A Professional Corporation*
One International Place, 11th Floor
Boston, MA 02110
(617) 502-8200 (phone)
(617) 502-8201 (fax)
warren.hutchison@leclairryan.com

Dated: April 28, 2008